**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

U.S. Bank National Association Successor trustee to LaSalle Bank National Association, as trustee under the Pooling and Servicing Agreement, dated as of April 1, 2002, among Asset Backed Funding Corporation, Litton Loan Servicing, LP and LaSalle Bank National Association, ABFC Asset Backed Certificates, Series 2002-SB-1, Respondent,

v.

Kelley Burr, FIA Card Services, N.A.; Discovery Bank, Issuer of the Discover Card; Unifund CCR Partners, Defendants,

Of whom Kelley Burr is the Petitioner.

Appellate Case No. 2015-001554

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Kershaw County
George C. James Jr., Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-020
Heard September 27, 2017 – Filed October 25, 2017

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Andrew Sims Radeker, of Harrison & Radeker, P.A., of Columbia, for Petitioner.

Jennifer Hess Thiem and Tara C. Sullivan, both of K&L Gates LLP, of Charleston, for Respondent.

---

**PER CURIAM:**  We granted Kelley Burr's petition for a writ of certiorari to review the court of appeals' decision affirming the circuit court's dismissal of her counterclaims.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice D. Craig Brown concur.**